# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

        v.                                       Crim. No. 5:96-CR-174-1BR  
                                                            5:97-CR-11-1BR

ROBERT MARSHALL HOUSE, SR

      On April 21, 2010, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                                                        Respectfully submitted,

                                                                        /s/Jeffrey L. Keller  
                                                                        Jeffrey L. Keller  
                                                                        Supervising Probation Officer

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this ___22___ day of ___January___, 2014.